# In The U.S. District Court Of Iowa — Southeastern Redist

CAMPBELL
VS
STATE OF IOWA

RECEIVED NOV 27 2019 CLERK OF DISTRICT COURT SOUTHERN DISTRICT OF IOWA

Case

Civil Suit: Tort Claim / Injunction

Jury Demand

Under applicable Code & Statue of Federal law of 2019

NOTE*

I'm on S.S.D.I $178 A month

Monetary damages: & Civil litigation with leave to proceed in forma Pauperis

## Allegations

I Edward Campbell was harrassed and blackmail and sexually assaulted: taken advantage of for years by assistant County attorney Kelly G. Cunningham for years dating back to 2004 in Scott County - Davenport Iowa. She kept prosecuting me & conspiring with Davenport P.D. to wrongfully convict me with an exeption that I have sex with her.

steps take for legal action, I reported this on the Kiosk via PREA SLOT & we had a hearing about this in open court in January 2016 in Scott County Case FECR 372388, I was ignored the court took the prosecutor side - Kelly G. Cunningham.

I want a Jury-Trial, to be set, I want to be heard and respected like a U.S.- citizen. I'm asking for a apology and or 5million Dollars.

Ms. Cunningham was the prosecutor prosecuting me every time I was arrested for 10yrs, I reported this to I.M.C.C. Correctional officers and Medical staff, the Kansas City Kansas audit & The Iowa Ombudsman.

I swear under Penalties of perjury that this Complaint is True. Edward Campbell jr.
Edward a. Campbell Jr
11·22·19   I ask that the Courts honor this lawsuit & Jury Demand in Good faith.

Alternatively, I ask that criminal charges be brought against her because not only did she make me have sex with her but she cohersed and paid witnesses to testify falsely to convict me. But this lawsuit is 99% about her black mailing & sexually abusing me

Edward C. Cupples

11·23·1

Edward A. Campbell Jr
18720 250TH Ave
Bellevue, Ia
52031

CEDAR RAPIDS IA 522
25 NOV 2019 PM 1 L



To: Clerk of Court
U.S. Court HOUSE
P.O. Box 9344
Des Moines, IA
50319

50306-934444